No. 10,845.

THE STATE EX REL. J. B. CHANDLER VS. THOMAS C. ELLIS, JUDGE OF CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS.

The functions of the writ of *certiorari* can not be invoked to pass upon the *correctness* of a judgment of dismissal rendered by a court of competent jurisdiction, in a case in which the proceedings have been regularly conducted.

Those functions are restricted to ascertaining the validity of proceedings on the *face* of the record, in point of *form*.

APPLICATION for *Certiorari*.

The Relator *in propria persona*.

The opinion of the court was delivered by

BERMUDEZ, C. J.   This is an application for *certiorari*.

The relator complains that a certain suit which he had brought to annul a judgment against him, having been allotted to Division E of the Civil District Court for the Parish of Orleans, was removed by the judge of that division to Division A, by which the judgment attacked had been rendered; and that, on trial of certain exceptions in the case, the judge of the last division ruled, sustaining them and dismissing the action.

The relator charges, that the judgment thus rendered is erroneous and aggrieves him.   He contends that, as the case is *unappealable*, he is entitled to a writ of *certiorari* to test the correctness of the judgment of dismissal.

The division had jurisdiction over the suit to annul, so much so, that *no other court* could entertain it and pass upon its merits, to affect, in any way, the judgment attacked.   C. P. 608; H. D. 746-2.

The supervisory jurisdiction of this court must not be confounded with its appellate jurisdiction.   38 An. 968.

Proceedings like the present ones have for their object to ascertain, not the correctness of a judgment, but the validity of the proceedings in the inferior court, on the face of the papers, and do not perform the functions of an appeal.   C. P. 855; T. D. 105.

The proceedings in which the judgment of dismissal complained of has been rendered are not assailed as irregular in form.   They do not appear so to be.

The relief sought can not be granted.

Application refused.